UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES HARTSELL, JR.,<br><br>    Defendant. | 2:14-cr-00400-LDG-CWH<br><br>**ORDER** |

This matter is before the Court on Defendant's appointed counsel's Ex-Parte Motion to Withdraw as Counsel and Appoint New Counsel (#19), filed April 8, 2015.  The motion is granted based on the representations made in the motion.  The CJA Administrator is direct to identify an attorney from the CJA panel to be appointed and represent Defendant in this matter.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's appointed counsel's Ex-Parte Motion to Withdraw as Counsel and Appoint New Counsel (#19) is **granted**.

**IT IS FURTHER ORDERED** that the CJA Administrator shall identify an attorney from the CJA panel to be appointed and represent Defendant for the duration of this matter.  The Federal Public Defender shall forward the file to CJA counsel forthwith upon appointment.

Dated: April 9, 2015.

_____
CARL W. HOFFMAN
United States Magistrate Judge