# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00400-LDG-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| CHARLES HARTSELL, | |
| Defendant. | |

Having read and considered Defendant's Ex Parte Motion for Court Order Directing the Doctor at Nevada Southern Detention Center to Provide Defendant Hartsell with a Boost Drink When Taking Prescription Medication (Doc. #29),

IT IS ORDERED that Defendant's counsel must serve a copy of the Motion (Doc. #29) and this Order on the Government on or before Wednesday, August 5, 2015.

IT IS FURTHER ORDERED that the Government must file a response on or before Wednesday, August 12, 2015.

IT IS FURTHER ORDERED that a hearing on Defendant's Ex Parte Motion for Court Order Directing the Doctor at Nevada Southern Detention Center to Provide Defendant Hartsell with a Boost Drink When Taking Prescription Medication (Doc. #29) is set for Monday, August 17, 2015, at 9:00 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

DATED: July 31, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**