```
MICHAEL J. MICELI, ESQ.
Nevada Bar No. 10151
PITARO & FUMO, CHTD.
601 Las Vegas Blvd. South
Las Vegas, Nevada  89101
(702) 382-9221
Attorney for Defendant
CHARLES HARTSELL
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>           Plaintiff, )<br>           )<br>vs.         )<br>           )<br>**CHARLES HARTSELL**   )<br>           )<br>           Defendant. )<br>_____) | Case No. : 2:14-CR-00400-LDG-CWH |

MOTION TO PLACE DOCUMENT UNDER SEAL

**COMES NOW**, the Defendant **CHARLES HARTSELL**, by and through his attorney **MICHAEL J. MICELI, ESQ.**, and hereby moves this Honorable Court to place document 35 under seal. On or about October 19, 2015, Hartsell mailed a personal letter to Judge's Chambers. This letter contains sensitive information that should not be viewed by others. Therefore, Counsel is asking this Court to place this document under seal. Counsel for Hartsell communicated with Assistant United States Attorney Daniel Cowhig and he has no objections to this matter being placed under seal.

**DATED** this 20th day of October, 2015.

```
         ORDER                              /S/ Michael J. Miceli, Esq.
                                         MICHAEL J. MICELI, ESQ.
IT IS SO ORDERED.                        Nevada Bar No. 10151
DATED this ___ day of October, 2015.     Attorney for Defendant
                                         CHARLES HARTSELL
         _____
              Lloyd D. George
              Sr. U.S. District Judge
```

-1-