# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES HARTSELL, JR.,

    Defendant.

Case No. 2:14-cr-00400-LDG (CWH)

**ORDER**

    The defendant, Charles Hartsell, Jr., moves to clarify the start date for BOP credit (ECF No. 41). He asserts that, at his sentencing, this Court found that his credit should begin on December 23, 2014, because the Court rejected his argument that he should receive credit for time served between October 18, 2014, and December 23, 2014. The Defendant is incorrect. The Court merely rejected his argument that he should receive credit for this period of time. Accordingly,

    THE COURT **ORDERS** that Defendant's Motion to Clarify Start Date for BOP Credit (ECF No. 41) is DENIED.

DATED this \_\_17\_\_ day of October, 2017.

    _____
    Lloyd D. George
    United States District Judge